NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHANNON SIMS, DOC #Y04686,    )
                              )
            Appellant,        )
                              )
v.                            )        Case No.  2D18-3620
                              )
STATE OF FLORIDA,             )
                              )
            Appellee.         )
_____  )

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Shannon Sims, pro se.


PER CURIAM.

            Affirmed.


NORTHCUTT, SILBERMAN, and SMITH, JJ., Concur.